

Entered on Docket
May 06, 2009

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada  89101
Telephone:  (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-09-13404-MKN |
| | ) | Chapter 13 |
| DIANA D. GONZALEZ, | ) | |
| | ) | |
| | ) | Hearing Date: N/A |
| Debtor(s). | ) | Hearing Time: N/A |
| | ) | |

**ORDER DISMISSING CHAPTER 13**
**CASE PURSUANT TO SECTION 521(i)**

As the above-captioned Debtor has not complied with 11 U.S.C §521(i) in that the Debtor has not filed the required Notice to Individual Consumer Debtor Under § 342(b), Summary of Schedules, Statistical Summary of Certain Liabilities, Schedules A through J, Declaration Concerning Debtor's Schedule, Statement of Financial Affairs, Statement of Current Monthly Income and Means Test Calculation within the

forty-five (45) day period, which expired on Monday, April 27, 2009.

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is DISMISSED for the Debtor(s) failure to comply with 11 U.S.C. §521(i);

**IT IS FURTHER ORDERED** that Trustee shall be allowed administrative expenses in the amount of $150.00 per quarter that case is pending;

**IT IS SO ORDERED**.

DATED this 4th day of May, 2009.

Submitted by:

/s/ MARIANNE GATTI
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
701 Bridger Ave., Suite 820
Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee
(ljg)

2
###